■ MEMPHIS CONSTRUCTION, INC., Appellant, v CITY OF ONEIDA, Respondent.—Appeal from that part of an order of the Supreme Court (Ingraham, J.), entered November 28, 1986 in Madison County, which granted defendant's motion for summary judgment dismissing the first cause of action and denied plaintiff's cross motion to amend its complaint.

Order affirmed, without costs, upon the opinion of Justice Irad S. Ingraham. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.